IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES KELLEY                                                                                               PLAINTIFF
ADC #140048

V.                                         NO: 5:11CV00130 SWW/HDY

ROLAND ANDERSON *et al*.                                                              DEFENDANTS

## ORDER

On September 21, 2011, Plaintiff filed a motion for appointment of counsel, and a motion seeking an order directing his transport for medical testing to determine the cause of his anal bleeding that is at issue in this lawsuit (docket entries #43 & #44).  Plaintiff's prior motion for appointment of counsel was denied (docket entry #34), and Plaintiff has offered no facts or law to cause the Court to believe that decision should be modified.  Although Plaintiff seeks an order directing a medical evaluation to determine the cause of his bleeding and treatment options, according to the complaint, he has already had various examinations, including a colonoscopy on April 20, 2011.  Plaintiff may review his medical records and seek to introduce them at any proceeding held in this matter, and another medical evaluation is not necessary at this time.

IT IS THEREFORE ORDERED THAT Plaintiff's motions for appointment of counsel (docket entry #43) and for a medical evaluation (docket entry #44) are DENIED.

DATED this   22   day of September, 2011.

UNITED STATES MAGISTRATE JUDGE