**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES KELLEY   PLAINTIFF
ADC #140048

V.   NO: 5:11CV00130 SWW/HDY

ROLAND ANDERSON *et al*.   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the motion for summary judgment filed by Defendants Roland Anderson, Jacqueline Carswell, Charlotte Green, Sandra Thomas, and Corizon Inc., (docket entry #62) is GRANTED, Plaintiff's claims against them are DISMISSED WITHOUT PREJUDICE, and the names of Defendants Roland Anderson, Jacqueline Carswell, Charlotte Green, Sandra Thomas, and Corizon Inc., are removed as party Defendants.

DATED this 24th day of February, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE