# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES KELLEY                                                                                    PLAINTIFF
ADC #140048

V.                                      NO: 5:11CV00130 SWW

ROLAND ANDERSON *et al*.                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice with respect to Plaintiff's claims against Defendant William Straughn, and without prejudice in all other respects; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 13th day of September, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE